United States District Court
Southern District of Texas
**ENTERED**
April 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HECTOR JUAREZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-2449 |
| § | |
| ALLSTATE TEXAS LLOYDS, *et al*, § | |
| § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered the plaintiffs', Hector Juarez and Hilda Juarez and the defendant, Allstate Texas Lloyds' agreed motion for dismissal with prejudice, is of the opinion that it should be granted (Dkt. No. 10).

It is, therefore, ORDERED that the plaintiffs' claims against all defendants (including Cyril Payne) are hereby dismissed with prejudice.

It is FURTHER ORDERED that the parties shall bear their own costs and any relief not specifically granted herein is hereby denied.

It is so ORDERED.

SIGNED on this 27th day of April, 2017.

_____
Kenneth M. Hoyt
United States District Judge